**STATE of Missouri, Respondent,**

v.

**Herman C. BROWN, Appellant.**

**No. WD 38936.**

Missouri Court of Appeals,
Western District.

July 28, 1987.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Karen A. King, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from a conviction of two counts of robbery in the first degree, § 569.020, RSMo 1986, and two counts of armed criminal action, § 571.015, RSMo 1986, and sentence of four consecutive terms of life imprisonment.

Judgment affirmed. Rule 30.25(b).